UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OFFWHITE PRODUCTIONS, LLC, d/b/a
OFFWHITE CO.,

          Plaintiff,

-against-

OFF-WHITE LLC,

          Defendant.
------------------------------------------------------------X

19 CIVIL 6267 (PAE)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2020, Off-White's motion to dismiss the Amended Complaint is granted in its entirety. Because OffWhite has had--and availed itself of--the opportunity to amend its complaint, this dismissal is with prejudice in this litigation. For avoidance of doubt, this dismissal does not preclude OffWhite from bringing a separate lawsuit based on products outside the scope of, or events post-dating its AC in, this litigation; accordingly, this case is closed.

**Dated:** New York, New York

      August 20, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                   **BY:**

                                              **Deputy Clerk**